ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JAIME CARATACHEA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          )<br>     Plaintiff,    )<br>          )<br>v.         )<br>          )<br>JAIME CARATACHEA,    )<br>          )<br>     Defendant.    )<br>_____) | CASE NO. 05-CR-00357 OWW<br><br>**STIPULATION AND ORDER** |

   The parties hereto, by and through their respective attorneys, stipulate and agree that the motions hearing scheduled for January 12, 2006, be continued until January 30, 2006 at 9:00 a.m. in the above-entitled court.

   This request is made due to the unavailability of defense counsel, Roger Litman, as he is currently in trial in *People v. Durao,* Fresno County Superior Court Action No. 671563-5.

   The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  January 11, 2006          /s/ Stanley Boone
                       STANLEY BOONE
                       Assistant United States Attorney
                       **This was agreed to by Mr. Boone
                       via telephone, on January 11, 2006**

1

| | |
|---|---|
| DATED: January 11, 2006 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>JAIME CARATACHEA |
| DATED: January 11, 2006 | /s/ Mario DiSalvo<br>MARIO DiSALVO<br>Attorney for Defendant<br>ENRIQUE VALENCIA CARATACHEA<br>**This was agreed to by Mr. DiSalvo via telephone, on January 11, 2006** |
| DATED: January 10, 2006 | /s/ Robert A. Cassio<br>ROBERT A. CASSIO<br>Attorney for Defendant<br>JOSE LUIS CARATACHEA<br>**This was agreed to by Mr. Cassio via telephone, on January 11, 2006** |

SO ORDERED:

DATED:  _Jan. 17__, 2006           _/s/ OLIVER W. WANGER_____
                                                         OLIVER W. WANGER
                                                         U.S. DISTRICT COURT JUDGE

2