ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JAIME CARATACHEA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAIME CARATACHEA,<br><br>　　　　Defendant.<br>_____ | CASE NO. 05-CR-00357 OWW<br><br>**STIPULATION AND ORDER** |

　　　　The parties hereto, by and through their respective attorneys, stipulate and agree that the motions hearing scheduled for March 13, 2006, be continued until April 3, 2006 at 9:00 a.m. in the above-entitled court.

　　　　This request is made due to the unavailability of defense counsel, Roger Litman, as he is currently in trial in *People v. Michael Hendrix,* Fresno County Superior Court Action No. F04903612-0.

　　　　The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  March 8, 2006　　　　　　　/s/ Stanley Boone
　　　　　　　　　　　　　　　　　　　STANLEY BOONE
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　**This was agreed to by Mr. Boone
　　　　　　　　　　　　　　　　　　　via telephone, on March 8, 2006**

1

| | | |
|---|---|---|
|1| DATED: March 8, 2006 | /s/ Roger K. Litman |
|2| | ROGER K. LITMAN |
| | | Attorney for Defendant |
|3| | JAIME CARATACHEA |

DATED: March 8, 2006          /s/ Mario DiSalvo
                              MARIO DiSALVO
                              Attorney for Defendant
                              ENRIQUE VALENCIA CARATACHEA
                              **This was agreed to by Mr. DiSalvo via telephone, on March 8, 2006**

DATED: March 8, 2006          /s/ Robert A. Cassio
                              ROBERT A. CASSIO
                              Attorney for Defendant
                              JOSE LUIS CARATACHEA
                              **This was agreed to by Mr. Cassio via telephone, on March 8, 2006**

IT IS SO ORDERED.

**Dated:   March 8, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE

2