1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, JAIME CARATACHEA

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )    CASE NO. 05-CR-00357 OWW
                                    )
10        Plaintiff,                )
                                    )    **STIPULATION AND ORDER**
11  v.                              )    **TO CONTINUE SENTENCING**
                                    )
12  JAIME CARATACHEA,               )
                                    )
13        Defendant.                )
   _____)
14

        The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for November 13, 2006, be continued until November 27, 2006 at 1:30 p.m. in the above-entitled court.

        The parties agree that the draft probation report, heretofore due to counsel on October 9, 2006 now be due to counsel on October 23, 2006. Any Informal Formal Objections to be filed on behalf of defendant must be submitted to Probation and AUSA Stanley Boone by November 6, 2006. Any Formal Objections to be filed on behalf of defendant must be submitted to the court by November 20, 2006.

        The additional time agreed to by the parties is necessitated to allow the parties sufficient opportunity to meet and confer concerning the issue of restitution. This stipulation, and the requested order, are anticipated by the parties to be sufficient to eliminate the necessity of the filing of objections to the presentence report.

                                      1

| | |
|---|---|
| DATED: October 3, 2006 | /s/ Stanley Boone<br>STANLEY BOONE<br>Assistant United States Attorney<br>**This was agreed to by Mr. Boone in person, on October 3, 2006** |
| DATED: October 3, 2006 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>JAIME CARATACHEA |

IT IS SO ORDERED.

**Dated:   October 3, 2006**             **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE