ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JAIME CARATACHEA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05-CR-00357 OWW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JAIME CARATACHEA, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for November 27, 2006, be continued until December 11, 2006 at 1:30 p.m. in the above-entitled court.

The additional time agreed to by the parties is necessitated to allow defense counsel a reasonable opportunity to conduct legal research regarding the issue of restitution.

DATED:  November 20, 2006        /s/ Stanley Boone
                                 STANLEY BOONE
                                 Assistant United States Attorney
                                 **This was agreed to by Mr. Boone
                                 via telephone on November 20, 2006**

DATED:  November 20, 2006        /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 JAIME CARATACHEA

IT IS SO ORDERED.

1

| | |
|---|---|
| **Dated:   November 21, 2006**<br>emm0d6 | **/s/ Oliver W. Wanger**<br>UNITED STATES DISTRICT JUDGE |