ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JAIME CARATACHEA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05-CR-00357 OWW |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **TO CONTINUE SENTENCING** |
| ) | |
| JAIME CARATACHEA, ) | |
| Defendant. ) | |
| _____) | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for December 11, 2006, be continued until January 16, 2007 at 1:30 p.m. in the above-entitled court.

    The continuance is necessitated because defense counsel has been in trial in Fresno County Superior Court Case No. F05907497-2, and has been unable to conduct legal research regarding the issue of restitution.

DATED:  December 6, 2006          /s/ Stanley Boone
                                  STANLEY BOONE
                                  Assistant United States Attorney
                                  **This was agreed to by Mr. Boone
                                  via telephone on December 5, 2006**


DATED:  December 6, 2006          /s/ Roger K. Litman
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  JAIME CARATACHEA

1

1  IT IS SO ORDERED.

2  **Dated:     December 7, 2006**                    /s/ Oliver W. Wanger
   emm0d6                                    UNITED STATES DISTRICT JUDGE