1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, JAIME CARATACHEA

5                IN THE UNITED STATES DISTRICT COURT FOR THE

6                        EASTERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,        )        CASE NO. 05-CR-00357 OWW
                                    )
9       Plaintiff,                  )
                                    )        **STIPULATION AND ORDER**
10 v.                               )        **TO CONTINUE SENTENCING**
                                    )
11 JAIME CARATACHEA,                )
                                    )
12      Defendant.                  )
   _____ )
13
        The parties hereto, by and through their respective attorneys, stipulate and
14
   agree that the sentencing scheduled for January 16, 2007 be continued until
15
   January 29, 2007 at 1:30 p.m. in the above-entitled court.
16
        The continuance is necessitated to allow defense counsel sufficient time to
17
   complete legal research and submit objections regarding the recommendation of
18
   restitution.
19

20 DATED:  January 10, 2007         /s/ Stanley Boone
                                    STANLEY BOONE
21                                  Assistant United States Attorney
                                    **This was agreed to by Mr. Boone**
22                                  **via telephone on January 10, 2007**

23
   DATED:  January 10, 2007         /s/ Roger K. Litman
24                                  ROGER K. LITMAN
                                    Attorney for Defendant
25                                  JAIME CARATACHEA

26 IT IS SO ORDERED.

27 **Dated:    January 17, 2007**         **/s/ Oliver W. Wanger**
   emm0d6                           UNITED STATES DISTRICT JUDGE
28

                                    1