ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JAIME CARATACHEA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 05-CR-00357 OWW |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| JAIME CARATACHEA, | ) **TO CONTINUE SENTENCING** |
| Defendant. | ) |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for March 12, 2007 be continued until April 23, 2007 at 1:30 p.m. in the above-entitled court.

The continuance is necessitated to allow defense counsel sufficient time to complete legal research and submit objections regarding the recommendation of restitution.

DATED:  March 8, 2007         /s/ Stanley Boone
                              STANLEY BOONE
                              Assistant United States Attorney
                              **This was agreed to by Mr. Boone
                              via telephone on March 8, 2007**

DATED:  March 8, 2007         /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              JAIME CARATACHEA

IT IS SO ORDERED.

**Dated:   March 9, 2007**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

1