1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, JAIME CARATACHEA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 05-CR-00357 OWW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JAIME CARATACHEA, | ) | |
| Defendant. | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for April 23, 2007 be continued until May 21, 2007 at 1:30 p.m. in the above-entitled court.

Despite good faith efforts, the parties have been unable to resolve their disagreement regarding Mr. Caratachea's obligation to pay restitution. Accordingly, it will be necessary for defense counsel to file formal objections, necessitating this continuance.

DATED: April 17, 2007          /s/ Stanley Boone
                               STANLEY BOONE
                               Assistant United States Attorney
                               **This was agreed to by Mr. Boone
                               in person on April 16, 2007**

DATED: April 17, 2007          /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant, JAIME CARATACHEA

IT IS SO ORDERED.

**Dated:   April 19, 2007**          **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE

1