ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JAIME CARATACHEA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAIME CARATACHEA, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 05-CR-00357 OWW <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for September 10, 2007 be continued until October 15, 2007 at 1:30 p.m. in the above-entitled court.

This request is necessitated because Mr. Caratachea's employer has signed him up for training in Los Angeles, California the week of September 9th.

DATED: August 24, 2007        /s/ Stanley Boone
                              STANLEY BOONE
                              Assistant United States Attorney
                              **This was agreed to by Mr. Boone via telephone on August 23, 2007**

DATED: August 24, 2007        /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              JAIME CARATACHEA

IT IS SO ORDERED.

**Dated:   August 30, 2007**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1