```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE  UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 05-CR-00357 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | HEARING and  ORDER |
| v. | ) | |
| | ) | |
| JAIME CARATACHEA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff and Roger Litman, attorney for defendant, that the restitution hearing presently set for

//
//
//
//
//

1

December 10, 2007, at 9:00 a.m., may be continued to January 7, 2008, at 1:30 p.m.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: 12/6/07                By   /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney

DATE: 12/6/07                 By   /s/ Roger Litman
                                        ROGER LITMAN
                                        Attorney for Jaime Cartachea

**ORDER**

IT IS SO ORDERED.

**Dated: December 7, 2007**            **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE